ESTATE PROPERTY CORPORATION, Appellant, v. HUDSON COAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to plead over in accordance with the previous order of the court at Special Term within three days from service of order upon payment of said

costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [132 Misc. 590.]